July 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LANCE SUMMEY AND FRAN SUMMEY, Appellants

NO. 14-12-00536-CV                    V.

JOHN RICHARD DUFFY, INDIVIDUALLY AND D/B/A MID-CONTINENTAL INSURANCE AGENCY AND FIRST AMERICAN TITLE INSURANCE COMPANY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, John Richard Duffy, Individually and d/b/a Mid-Continental Insurance Agency and First American Title Insurance Company, signed, May 21, 2012, was heard on the transcript of the record. Appellant filed a motion to dismiss. We therefore grant the motion and order the appeal **DISMISSED**.

We order the parties to each pay their costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.